**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | CR-06-879-03-PHX-PGR |
| v. | ) | |
| | ) | |
| Ruth Elizabeth Chinche, | ) | ORDER OF DETENTION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant was released on her own recognizance on November 7, 2006. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of her release. Defendant was arrested and appears before the Court with counsel. A pretrial revocation hearing was held on March 15, 2007.

    Counsel for defendant advises the Court that defendant wishes to admit to allegation # two as alleged in the petition. For this admission the government will dismiss allegations 1, 3, 4 as alleged in the petition. Argument was heard in regards to release of defendant.

    The Court finds that defendant violated at least one condition of release. Further, that defendant is unlikely to abide any condition or combination of conditions of release.

///

///

///

///

IT IS THEREFORE ORDERED that the defendant's release is revoked and she is detained pending further order of the Court.

DATED this 15th day of March, 2007.

*Edward C. Voss*
United States Magistrate Judge